UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:19-cv-07909-RGK-AFMx              Date: January 19, 2021

Title    Hugo Rivera v. Portfolio Recovery Associates, LLC, et al.

---

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On or before January 28, 2021, Defendant Portfolio Recovery Associates, LLC shall show cause why the Court should not grant Plaintiff's motion to compel (ECF No. 21) and award expenses to Plaintiff for Defendant's violation of Local Rule 37-2.2 due to Defendant's failure to provide its portion of the joint stipulation to Plaintiff's counsel and its failure to cooperate in presentation of this motion to the Court as required by the Local Rules.  *See* Local Rule 37-4.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |